# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

JACK YOSKOWITZ
(212) 574-1215
yoskowitz@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 5, 2019

*THE SCHEDULE PROPOSED HEREIN IS APPROVED*

**SO ORDERED**

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-6-19

**BY ECF**
Honorable Henry B. Pitman
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007-1312

Re: Juan C. Del Valle v. Nancy A. Berryhill, Acting Commissioner of Social Security, 1:18-cv-06622-HBP

Dear Judge Pitman:

Seward & Kissel LLP represents Juan C. Del Valle, the Plaintiff in this action, as *pro bono* counsel. We write respectfully to request an extension of the deadline for Plaintiff to file his brief in support of his Cross Motion for Judgment on the Pleadings and in opposition to the Defendant's Motion for Judgment on the Pleadings (the "Plaintiff's Response") by thirty days.

Pursuant to the Order of Service (18-CV-6622) dated August 22, 2018, Plaintiff's Response is currently due on March 25, 2019[1] – sixty days after the Defendant filed its Motion for Judgment on the Pleadings. However, due to workload restraints and the abbreviated duration of our representation of Plaintiff, we respectfully request a thirty-day extension in order to have adequate time to complete Plaintiff's response. The Plaintiff has not previously requested an extension for the deadline to file his response and Defense counsel has consented to this request. This would extend our deadline to file to April 22, 2019 and correspondingly extend the date Defense counsel has to file a reply, if any, to May 13, 2019.

Thank you for your consideration of this matter.

Respectfully submitted,

SEWARD & KISSEL LLP

By:  s/*Jack Yoskowitz*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/19

---

[1] Defendant filed its Motion for Judgment on the Pleadings on January 22, 2019. Sixty days from January 22, 2019, is Saturday, March 23, 2019. Accordingly, the Plaintiff's response is due on the next business day, Monday, March 25, 2019.

                                              Jack Yoskowitz
                                              One Battery Park Plaza
                                              New York, New York 10004
                                              (212) 574-1200
                                              yoskowitz@sewkis.com
                                              *Pro Bono Counsel for Plaintiff*

CC:    Padma Ghatage
        Social Security Administration
        26 Federal Plaza, Room 3904
        New York, NY 10023
        (212) 264-0981
        Padma.Ghatage@ssa.gov